AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Texas

United States Courts
Southern District of Texas
**FILED**
AUG 2 2 2012
David J. Bradley, Clerk of Court

| United States of America | |
|---|---|
| v. | |

Thu Loan DINH
Timmy DANG
Hong Nhut DANG
Van Long TRAN
Yen Thi DO
Gioi The NGUYEN
Huu Trong VU
Tai Tan NGUYEN
Quy Ngoc NGUYEN
Vinh Cong LE
Anh Quang NGUYEN
Khac Hung DINH
Thiet Van NGUYEN
Thi NGO
Long NGUYEN
Long DO
Thang Van DOAN
Trang Thi Kim TRUONG
Tien Van NGUYEN
Tam NGUYEN
Dinh LE

Case No.   H12-763m

)
)
)
)
)
)
)

*Defendant(s)*

# CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 21, 2012 _____ in the county of _____ Harris _____ in the
_____ Southern _____ District of _____ Texas _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 & 846 | to knowingly and intentionally manufacture, distribute, or possess with the intent to manufacture, distribute, or dispense 1000 or more marijuana plants and conspiracy. |

This criminal complaint is based on these facts:

x   Continued on the attached sheet.

*Complainant's signature*

Darren Butler, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   8-22-12

*Judge's signature*

City and state:   Houston, Texas

Nancy K. Johnson, U.S. Magistrate Judge
*Printed name and title*

## A F F I D A V I T

I, Darren Butler, being duly sworn, depose and state as follows:

1.      I am a Special Agent of the United States Drug Enforcement Administration within the meaning of Title 18, United States Code, § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for offenses enumerated in Title 18, United States Code, § 2516.

2.      I have been a Special Agent for the Drug Enforcement Administration (DEA) for over nine (9) years.  Prior to being employed by the DEA, I was employed as a Police Officer for over four (4) years, in Prince George's County, Maryland.   I received four (4) months of training in narcotics trafficking investigations and related legal matters at the DEA Training Academy in Quantico, Virginia.  I am currently assigned to the Houston Field Office, in Houston, Texas.  I have participated in numerous investigations involving the illegal manufacture, possession and distribution of narcotics and money laundering.  I have participated in the investigation of the offenses more particularly discussed below, and reviewed reports prepared by other agents of the DEA and other law enforcement agencies.

3.      I have received courses of instruction from the United States DEA, and other law enforcement agencies, relating to investigative techniques and the conduct of narcotics and financial investigations.  I have participated in and have conducted investigations which have resulted in the arrests of individuals who have smuggled, received, distributed and manufactured controlled substances,

as well as the seizure of illegal drugs and proceeds derived from the sale of those illegal drugs. In addition, in connection with these and other cases, I have conducted follow-up investigations concerning the concealment of narcotics produced assets, money, bank records, etc., and the identification of co-conspirators through the use of ledgers, telephone bills and records, and photographs, as related to drug trafficking and money laundering.

4.      I have been associated with several investigations involving the interception of wire communications. I am familiar with the ways in which those engaged in the trafficking of controlled substances conduct their business, including, but not limited to, their methods of manufacturing, importing and distributing controlled substances, their use of cellular telephones, digital display paging devices, numerical codes, and code words to conduct their transactions. I am also familiar with the ways narcotics traffickers and others receiving money from narcotics traffickers collect, conceal, and launder the proceeds of their illegal drug trafficking activities, including proceeds derived from the sale and distribution of controlled substances.

5.      Based on my training, experience, and participation in controlled substance and money laundering investigations which have resulted from violations of the United States federal drug and money laundering laws, I prepared this Affidavit in support of a criminal complaint charging Thu Loan DINH, Timmy DANG, Hong Nhut DANG, Van Long TRAN, Yen Thi DO, Gioi The NGUYEN, Huu Trong VU, Quy Ngoc NGUYEN, Vinh Cong LE, Anh Quang   NGUYEN, Khac Hung DINH, Thiet Van NGUYEN, Thi NGO, Long NGUYEN, Tai Tan Nguyen,

Long DO, Thang Van DOAN, Trang Thi Kim TRUONG, Tien Van NGUYEN, Tam NGUYEN, and Dinh LE with violating Title 21 USC § 841 and § 846, to wit, to knowingly and intentionally manufacture, distribute, or possess with the intent to manufacture, distribute, or dispense 1000 or more marijuana plants and conspiracy.

## BACKGROUND

6.      Since November of 2011, the Drug Enforcement Administration (DEA) along with the Harris County Sheriff's Office (HCSO), the Fort Bend County Sheriff's Office (FBCSO), the Houston Police Department (HPD) and the Texas Department of Public Safety (DPS) have been investigating a large scale domestic marijuana cultivation and distribution organization that is based in Houston, Texas and the surrounding communities.  Agents have also identified Thu Loan DINH as the Houston based cell head for this Drug Trafficking Organization (DTO).  During the course of the investigation, Agents and officers have executed search warrants and conducted consent searches at fifty-five (55) residences affiliated with this organization (hereafter referred to as the DINH DTO) and seized clandestine marijuana cultivation operations in each, totaling over nineteen thousand (19,000) living marijuana plants.

19. During the course of this investigation, Agents and officers have interviewed individuals arrested in connection with the seizures mentioned in the previous paragraph.  These interviews have revealed that the DINH DTO operates as a compartmentalized organization in which the majority of the workers have specific, limited roles and little knowledge of the overall operation.  Specifically,

3

the CD's who have been interviewed have told Agents that they are paid $1000.00 to $2000.00 per month to tend the marijuana plants that are cultivated in the residences they are tasked to work in by their superiors in the organization. One CD in particular (hereinafter referred to as CD1), who was a member of the DINH DTO and whose information has been substantially corroborated by Agents, has told Agents that workers are driven to their assigned grow locations by Thu Loan DINH and others working for DINH utilizing minivans and other large vehicles.  CD1 told Agents that these same vehicles are also utilized by DINH DTO operatives to deliver supplies (i.e. potting soil, chemical nutrients, grow lights, power ballasts and other items) utilized in clandestine grow operations to the actual grow locations.  I believe that the investigation shows that Thu Loan DINH, Timmy DANG, Hong Nhut DANG, Van Long TRAN, Yen Thi DO, Gioi The NGUYEN, Huu Trong VU, Quy Ngoc NGUYEN, Vinh Cong LE, Anh Quang NGUYEN, Khac Hung DINH, Thiet Van NGUYEN, Thi NGO, Long NGUYEN, Long DO, Thang Van DOAN, Trang Thi Kim TRUONG, Tien Van NGUYEN, Tam NGUYEN, Dinh LE, TAI TAN NGUYEN and others are responsible for the illicit, indoor cultivation of large quantities of marijuana.

7.  During the course of the investigation, agents have subpoenaed records and conducted extensive surveillance on members of this DTO and the properties they frequently visit.  Between November 2011 and August 2012, investigation has resulted in the identification of a multitude of properties which have since been confirmed to be indoor marijuana cultivation facilities, hereinafter referred to as "grow houses."

8. Between November 2011 and August 2012, law enforcement officials have conducted an extensive investigation into the activities surrounding the aforementioned properties.  During this investigation, agents and other law enforcement officers have discovered the following:

A) GROW HOUSES IN MONTGOMERY COUNTY, TEXAS:

1) **66 W Summer Storm Circle, The Woodlands, Texas**

Between November 2011 and August 2012, surveillance routinely showed Thang DOAN, Long DO and vehicles they are known to use come and go from the residence in patterns that indicate custody and control of the property.  Surveillance also showed that nobody resided at this residence.  Thang DOAN has been identified by CD1 as a large scale, indoor marijuana cultivator in the Houston area and a member of the DINH DTO.  Surveillance also showed that targets of this investigation routinely stayed inside the house for several hours at a time, but no one appeared to reside at this home.

On August 14, 2012, agents obtained a federal search warrant for the Summer Storm Circle residence.  Agents and officers subsequently executed the search warrant at the residence on August 21, 2012.  During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of ninety (94) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.  In addition to the live marijuana plants, agents and officers discovered several pounds of dry, harvested marijuana.

5

Subsequent to his arrest, Thang DOAN waived his Miranda rights and agreed to speak with agents. During the subsequent interview Thang DOAN admitted to growing marijuana inside the Summer Storm residence.

2) **31014 S Imperial Path Lane, Spring, Texas**

Between November 2011 and August 2012, surveillance showed Thang DOAN, Long NGUYEN and vehicles they are known to use come and go from the residence in patterns that indicate custody and control of the property. Surveillance also showed that nobody resided at this residence. Thang DOAN has been identified by CD1 as a large scale, indoor marijuana cultivator in the Houston area and a member of the DINH DTO. Surveillance also showed that targets of this investigation routinely stayed inside the house for several hours at a time, but no one appeared to reside at this home.

Additionally, gas records show that "Ly Nguyen" is the subscriber for service at this residence, and that Ly Nguyen's phone number for this account is listed as (713) 909-6157. Records also show that this same phone number is listed as the contact number for "Tam Minh Nguyen" for gas services at 25255 Piney Heights Lane in Spring, Texas, which is another residence utilized by this DTO for the illicit cultivation of marijuana. Records also show that Ly NGUYEN is the registered owner of a vehicle that was routinely observed coming and going from another grow house located at 3423 La Fleur Lane in Spring, Texas.

On August 14, 2012, agents obtained a federal search warrant for the S Imperial Path residence.  Agents and officers subsequently executed the search warrant at the residence on August 21, 2012.  During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of five hundred (511) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

### 3) **145 Grogans Point, The Woodlands, Texas**

Between November 2011 and August 2012, surveillance showed Quy NGUYEN, Van Long TRAN and vehicles they are known to use come and go from the residence in patterns that indicate custody and control of the property.  Surveillance also showed that nobody resided at this residence. Van Long TRAN has been identified by CD1 as a large scale, indoor marijuana cultivator in the Houston area and a member of the DINH DTO. Surveillance also showed that targets of this investigation routinely stayed inside the house for several hours at a time, but no one appeared to reside at this home.

On January 11, 2012 CD1 led Agents to the residence at 145 Grogans Point in The Woodlands, Texas and identified it as a residence used by the DINH DTO to cultivate marijuana.  As previously stated, CD1 has been proven credible and reliable, and CD1's information has been substantially corroborated by Agents on numerous occasions.

Records indicate that Tuan NGUYEN is the subscriber for cable service at the Grogans Point residence.  Tuan NGUYEN was arrested in connection with the seizure of 1219 live marijuana plants from two separate residences in Montgomery County, Texas on November 15, 2011.

On August 14, 2012, agents obtained a federal search warrant for the Grogans Point residence.  Agents and officers subsequently executed the search warrant at the residence on August 21, 2012.  During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of three hundred and forty-six (346) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

4) **3119 Legends Creek Drive, Spring, Texas**

Between November 2011 and August 2012, surveillance showed a vehicle registered to Hein LE coming and going from this residence.  Additionally, a power bill for this residence was discovered in Vinh LE's possession during a consent search of his vehicle by DPS on March 12, 2012.  Hein LE is a known marijuana cultivator who has been implicated in the seizure of 342 marijuana plants on January 27, 2012 in Spring, TX.  Vinh LE is a convicted marijuana cultivator from Washington who agents have implicated in the seizure of 1038 marijuana plants from two separate residences on March 27, 2012 in Tomball and Spring, TX.  Surveillance also showed that targets of this investigation routinely stayed inside the

house for several hours at a time, but no one appeared to reside at this home.

Investigation has identified Thuy Bich PHAM as the subscriber for gas and electric service at this residence. Subpoenaed utility records show that PHAM was the subscriber for gas and/or electric service at a total of nine (9) residences confirmed to be marijuana grow houses during the course of this investigation, as detailed in the following paragraphs.

On January 5, 2012, Agents and Officers conducted a consent search at 24103 Rocky Brook Falls in Tomball, Texas. During the search, Agents and Officers discovered an active clandestine marijuana grow operation consisting of 298 live marijuana plants. Subsequent records checks identified Thuy PHAM as the subscriber for gas and electrical service at this property. Thuy PHAM was also identified by the homeowner as the lessee of this residence.

On January 27, 2012, Agents and Officers executed a search warrant at 8130 Edenwood Drive in Spring, Texas. Over a month prior to executing the warrant at this property on December 16, 2011, Officers observed Hein LE arrive at the residence and drive her van into the garage. During the subsequent search of the property in January, Agents and Officers discovered an active clandestine marijuana grow operation consisting of 342 live marijuana plants. Agents and Officers also discovered clothing and a Home Depot receipt belonging to Hein LE inside

the home.  Records checks identified Thuy PHAM as the subscriber for gas and electrical service at this property.

On March 27, 2012, Agents and Officers executed a search warrant at 11622 Pemford Drive in Tomball, Texas.  For weeks prior to executing the warrant at this property, Agents and Officers observed Vinh LE and Dinh LE coming and going from the residence in patterns that indicated custody and control.  During the subsequent search, Agents and Officers discovered an active clandestine marijuana grow operation consisting of 601 live marijuana plants.  Subsequent records checks identified Thuy PHAM as the subscriber for gas and electrical service at this property.

On March 27, 2012, Agents and Officers executed a search warrant at 20935 Rose Crossing Lane in Spring, Texas.  For weeks prior to executing the warrant at this property, Agents and Officers observed Vinh LE and Dinh LE coming and going from the residence in patterns that indicated custody and control.  During the subsequent search, Agents and Officers discovered an active clandestine marijuana grow operation consisting of 437 live marijuana plants.  Subsequent records checks identified Thuy PHAM as the subscriber for electrical service at this property.

On August 21, 2011, Agents and Officer executed search warrants at five (5) other residences where Thuy PHAM was the listed subscriber for utility services.  During the search, Agents and Officers discovered active

clandestine marijuana grow operations consisting of a total of 1681 live marijuana plants.

On August 14, 2012, agents obtained a federal search warrant for the Legends Creek residence.  As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012.  During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of three hundred and twenty one (321) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

5) **30407 Sunset Falls Drive, Spring, Texas**

Between November 2011 and August 2012, surveillance showed Tam NGUYEN and a vehicle registered to a residence associated with Hein LE come and go from the residence.  Hein LE is a known marijuana cultivator who has been implicated in the seizure of 342 marijuana plants on January 27, 2012 in Spring, TX.  Surveillance also showed that targets of this investigation routinely stayed inside the house for several hours at a time, but no one appeared to reside at this home.

On June 19, 2012, Agents and Officers observed a dark gray Honda Accord bearing Texas license plate# DF1D706 back out of the garage and leave the residence located at 30407 Sunset Falls Drive.  Texas license plate #DF1D706 is registered to Xuan Tran at 14545 Bammel North Houston Road #701 in Houston, Texas.  Investigation reveals that up until late May 2012, Hein LE resided at 14545 Bammel North Houston Road

#701 in Houston, Texas. As previously indicated in this affidavit, Hein LE has been identified in this investigation as a large scale marijuana cultivator and high ranking member of the DINH DTO.

Investigation has identified Thuy Bich PHAM as the subscriber for gas and electric service at this residence. Subpoenaed utility records show that PHAM was the subscriber for gas and/or electric service at a total of nine (9) residences confirmed to be marijuana grow houses during the course of this investigation, as detailed in the following paragraphs.

On January 5, 2012, Agents and Officers conducted a consent search at 24103 Rocky Brook Falls in Tomball, Texas. During the search, Agents and Officers discovered an active clandestine marijuana grow operation consisting of 298 live marijuana plants. Subsequent records checks identified Thuy PHAM as the subscriber for gas and electrical service at this property. Thuy PHAM was also identified by the homeowner as the lessee of this residence.

On January 27, 2012, Agents and Officers executed a search warrant at 8130 Edenwood Drive in Spring, Texas. Over a month prior to executing the warrant at this property on December 16, 2011, Officers observed Hein LE arrive at the residence and drive her van into the garage. During the subsequent search of the property in January, Agents and Officers discovered an active clandestine marijuana grow operation consisting of 342 live marijuana plants. Agents and Officers also discovered clothing and a Home Depot receipt belonging to Hein LE inside

the home.  Records checks identified Thuy PHAM as the subscriber for gas and electrical service at this property.

On March 27, 2012, Agents and Officers executed a search warrant at 11622 Pemford Drive in Tomball, Texas.  For weeks prior to executing the warrant at this property, Agents and Officers observed Vinh LE and Dinh LE coming and going from the residence in patterns that indicated custody and control.  During the subsequent search, Agents and Officers discovered an active clandestine marijuana grow operation consisting of 601 live marijuana plants.  Subsequent records checks identified Thuy PHAM as the subscriber for gas and electrical service at this property.

On March 27, 2012, Agents and Officers executed a search warrant at 20935 Rose Crossing Lane in Spring, Texas.  For weeks prior to executing the warrant at this property, Agents and Officers observed Vinh LE and Dinh LE coming and going from the residence in patterns that indicated custody and control.  During the subsequent search, Agents and Officers discovered an active clandestine marijuana grow operation consisting of 437 live marijuana plants.  Subsequent records checks identified Thuy PHAM as the subscriber for electrical service at this property.

On August 21, 2011, Agents and Officer executed search warrants at five (5) other residences where Thuy PHAM was the listed subscriber for utility services.  During the search, Agents and Officers discovered active

clandestine marijuana grow operations consisting of a total of 1681 live marijuana plants.

On August 14, 2012, agents obtained a federal search warrant for the Sunset Falls residence.  As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012.  During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of one hundred and eighty two (182) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

6) <u>28330 Hollow Springs Lane, Spring, Texas</u>

During the course of this investigation, Agents and Officers discovered that this residence was linked to several confirmed marijuana grow houses and other suspect residences via common utility subscribers.  Surveillance of this residence indicated that no one appeared to reside at this home.

Investigation has identified Yen NGUYEN as the subscriber for gas and electric service at the Hollow Springs residence.  Subpoenaed utility records show that Yen NGUYEN was also the subscriber for gas service at 20935 Rose Crossing Lane in Spring, Texas on March 27, 2012.  On March 27, 2012 Agents and Officers executed a search warrant at 20935 Rose Crossing Lane in Spring, Texas where an active clandestine marijuana grow operation consisting of 437 live marijuana plants was discovered.

14

Subsequent records checks identified Thuy PHAM as the subscriber for electrical service at the Rose Crossing residence. Records also show that Thuy PHAM was the subscriber for gas and/or electrical services at nine (9) other residences confirmed to be active indoor marijuana grow operations between January 5, 2012 and August 21, 2012, as detailed above.

On January 5, 2012, Agents and Officers conducted a consent search at 24103 Rocky Brook Falls in Tomball, Texas. During the search, Agents and Officers discovered an active clandestine marijuana grow operation consisting of 298 live marijuana plants. Subsequent records checks identified Thuy PHAM as the subscriber for gas and electrical service at this property. Thuy PHAM was also identified by the homeowner as the lessee of this residence.

On January 27, 2012, Agents and Officers executed a search warrant at 8130 Edenwood Drive in Spring, Texas. Over a month prior to executing the warrant at this property on December 16, 2011, Officers observed Hein LE arrive at the residence and drive her van into the garage. During the subsequent search of the property in January, Agents and Officers discovered an active clandestine marijuana grow operation consisting of 342 live marijuana plants. Agents and Officers also discovered clothing and a Home Depot receipt belonging to Hein LE inside the home. Records checks identified Thuy PHAM as the subscriber for gas and electrical service at this property.

On March 27, 2012, Agents and Officers executed a search warrant at 11622 Pemford Drive in Tomball, Texas.  For weeks prior to executing the warrant at this property, Agents and Officers observed Vinh LE and Dinh LE coming and going from the residence in patterns that indicated custody and control.  During the subsequent search, Agents and Officers discovered an active clandestine marijuana grow operation consisting of 601 live marijuana plants.  Subsequent records checks identified Thuy PHAM as the subscriber for gas and electrical service at this property.

On March 27, 2012, Agents and Officers executed a search warrant at 20935 Rose Crossing Lane in Spring, Texas.  For weeks prior to executing the warrant at this property, Agents and Officers observed Vinh LE and Dinh LE coming and going from the residence in patterns that indicated custody and control.  During the subsequent search, Agents and Officers discovered an active clandestine marijuana grow operation consisting of 437 live marijuana plants.  Subsequent records checks identified Thuy PHAM as the subscriber for electrical service at this property.

On August 21, 2011, Agents and Officer executed search warrants at five (5) other residences where Thuy PHAM was the listed subscriber for utility services.  During the search, Agents and Officers discovered active clandestine marijuana grow operations consisting of a total of 1681 live marijuana plants.

On August 14, 2012, agents obtained a federal search warrant for the Hollow Springs residence.  As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012.  During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of eight hundred and sixty five (865) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

7) <u>11919 Water Oak Drive, Magnolia, Texas</u>

Between November 2011 and August 2012, surveillance showed Tai NGUYEN, Huong DOAN, Thu Loan DINH, Van Long TRAN and vehicles they are known to use come and go from the residence in patterns that indicate custody and control of the property.  Surveillance also showed that targets of this investigation routinely stayed inside the house for several hours at a time, but no one appeared to reside at this home.

Utility records show that Tai NGUYEN is the subscriber for electricity at the Water Oak residence.  On August 14, 2012, agents obtained a federal search warrant for the Water Oaks residence.  As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012.  During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of five hundred and ninety seven (597) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

Subsequent to his arrest, Tai NGUYEN waived his Miranda Rights and agreed to speak with investigators. During the subsequent interview, Tai NGUYEN admitted to growing marijuana inside the Water Oaks residence.

B) GROW HOUSES IN HARRIS COUNTY, TEXAS:

1) **13310 Northspring Bend Ln, Cypress, Texas**

Between November 2011 and August 2012, surveillance showed Hong DANG, Huu VU, Van Long TRAN and vehicles they are known to use come and go from the residence in patterns that indicate custody and control of the property. Hong DANG, Huu VU and Van Long TRAN have been identified by CD1 as large scale indoor marijuana cultivators and members of the DINH DTO. As previously stated, CD1 has been proven credible and reliable, and CD1's information has been substantially corroborated by Agents on numerous occasions. Surveillance also showed that targets of this investigation routinely stayed inside the house for several hours at a time, but no one appeared to reside at this home.

Utility records have identified Hong DANG as the subscriber for gas and electric service at the Northspring Bend residence. On August 14, 2012, agents obtained a federal search warrant for the Northspring Bend residence. As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012. During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of four hundred and forty (440) live

marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

Subsequent to his arrest, Huu VU waived his Miranda Rights and agreed to speak with investigators.  During the subsequent interview, Huu VU admitted to being a marijuana cultivator, but claimed not to remember the address of his grow operation.

2) **14318 Darby Springs Way, Cypress, Texas**

Between November 2011 and August 2012, surveillance showed Hong DANG, Huu Vu, Hung ONG, Thu Loan DINH, Van Long TRAN and vehicles they are known to use come and go from the residence in patterns that indicate custody and control of the property.  Hong DANG, Huu VU, Hung ONG, Thu Loan DINH, and Van Long TRAN have been identified by CD1 as large scale indoor marijuana cultivators and members of the DINH DTO.  As previously stated, CD1 has been proven credible and reliable, and CD1's information has been substantially corroborated by Agents on numerous occasions.   Surveillance also showed that targets of this investigation routinely stayed inside the house for several hours at a time, but no one appeared to reside at this home.

On May 21, 2012, Agents observed Van Long TRAN and Thu Loan DINH arrive at the Darby Spring residence in LONG LNU's van.  Upon arrival, Van Long TRAN parked in the driveway and both parties entered the residence through the front door.  Over two hours later, Van Long TRAN and Thu Loan DINH exited the residence and got back into Van

Long TRAN's van.  After leaving the Darby Spring residence, Van Long TRAN and Thu Loan DINH continued on to 7226 Brookville Drive in Houston, Texas, where they arrived approximately thirty-five minutes later.

On June 4, 2012, Hung ONG was observed by Agents arriving at the Darby Springs residence driving a white 2010 Lexus RX450H.  The Lexus ONG was driving is registered to "13615 Bonilla Lane in Houston, Texas", which is the same address used by Thu Loan DINH to obtain her Texas driver's license.  Upon arrival, Hung ONG parked in the driveway and exited the vehicle along with two unidentified male passengers.  At this time, Hung ONG and one of his passengers retrieved two large black plastic bags from the back of the truck and carried them into the residence.  Agents noted that the size, shape and apparent weight of the large rectangular objects inside the aforementioned bags were consistent with that of hydroponic grow lamp assemblies.  I know from training and experience that indoor marijuana cultivators utilize grow lamps in their illicit grow sites, and that grow lamps are essential to cultivate marijuana indoors.

Utility records have identified Hong DANG as the subscriber for gas and electric service at the Northspring Bend residence.  On August 14, 2012, agents obtained a federal search warrant for the Darby Springs residence.  As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012.  During the search agents and officers discovered a sophisticated hydroponic

marijuana grow operation consisting of four hundred and forty (153) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

Subsequent to his arrest, Huu VU waived his Miranda Rights and agreed to speak with investigators. During the subsequent interview, Huu VU admitted to being a marijuana cultivator, but claimed not to remember the address of his grow operation.

### 3) 16207 Lakewood Grove Drive, Tomball, Texas

Between November 2011 and August 2012, surveillance showed Quy NGUYEN, Van Long TRAN and vehicles they are known to use come and go from the residence in patterns that indicate custody and control of the property. Additionally, Van Long TRAN has been identified by CD1 as large scale indoor marijuana cultivators and members of the DINH DTO. As previously stated, CD1 has been proven credible and reliable, and CD1's information has been substantially corroborated by Agents on numerous occasions. Surveillance also showed that targets of this investigation routinely stayed inside the house for several hours at a time, but no one appeared to reside at this home.

On August 14, 2012, agents obtained a federal search warrant for the Lakewood Grove residence. As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012. During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of three hundred and

thirty one (331) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

4) **16818 Flower Mist Lane, Houston, Texas**

Between November 2011 and August 2012, surveillance showed Anh Quang NGUYEN, Yen DO and vehicles they are known to use come and go from the residence in patterns that indicate custody and control of the property. Yen DO has been identified by CD1 as a large scale indoor marijuana cultivator and member of the DINH DTO. As previously stated, CD1 has been proven credible and reliable, and CD1's information has been substantially corroborated by Agents on numerous occasions. Surveillance also showed that targets of this investigation routinely stayed inside the house for several hours at a time, but no one appeared to reside at this home.

On August 14, 2012, agents obtained a federal search warrant for the Flower Mist residence. As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012. During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of three hundred and fifty four (354) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

Subsequent to her arrest, Yen DO waived her Miranda Rights and agreed to speak with investigators. During the subsequent interview, Yen

DO indicated that she became involved in marijuana cultivating activities due to financial difficulties.

### 5) 24006 Lestergate Drive, Spring, Texas

Agents and other law enforcement officers discovered the address for this residence in Manh NGUYEN and Trung NGUYEN's possession on December 29, 2011 subsequent to their arrest in connection with the seizure of approximately 1600 live marijuana plants from two separate residences in Spring and Houston, Texas.  Between July 2012 and August 2012, agents observed Trang Thi Kim TRUONG come and go from the Lestergate residence in patterns that indicated custody and control of the property.  Surveillance also showed that targets of this investigation routinely stayed inside the house for several hours at a time, but no one appeared to reside at this home.

Investigation reveals that the residence at 24006 Lestergate Drive is further linked to Manh NGUYEN, Trung NGUYEN, Hein LE, Gioi NGUYEN and Johnny NG, as detailed in the proceeding paragraphs:

Utility records show that the listed employer for the subscriber for services at 24006 Lestergate Drive is "BK Nail Salon".  Records also show that "BK Nail Salon" is listed as the employer for the subscriber for utilities at 3423 Lafleur Lane in Spring, Texas, which is another residence suspected of being used to cultivate marijuana by members of this DTO. Further, the address of the Lafleur Lane residence, along with the addresses for two more suspected grow houses, two confirmed grow

houses, a dismantled grow house and a suspected equipment stash house were also found in Manh NGUYEN and Trung NGUYEN's possession subsequent to their arrest referenced above.  Subsequent investigation also reveals that a phone number listed on the utility accounts at the Lafleur residence is linked to Hein LE.  As previously indicated, Hein LE is a known marijuana cultivator who was seen coming and going from a confirmed grow house in Spring, Texas where 342 live marijuana plants were seized on January 27, 2012.

On January 12, 2012, a vehicle registered to Gioi NGUYEN was observed at the La Fleur residence.  During this investigation, Gioi NGUYEN has been identified as the operator of a suspected marijuana grow house located at 2507 Spring Lily Court in Houston, Texas, and is a known associate of Johnny NG.  Johnny NG is a known associate of Hein LE and the operator of a suspected grow house located at 17410 Megan Springs Drive in Spring, Texas.  Additionally, a COSTCO membership card belonging to Johnny NG was found in Manh NGUYEN and Trung NGUYEN's possession subsequent to their previously mentioned arrest on December 29, 2011.

On July 24, 2012, surveillance showed a vehicle registered to "Lan Pham", previously observed picking up hydroponic equipment from Ida PHAM in February 2012, arrive at the residence.  Upon arrival the vehicle pulled directly into the garage, immediately closing the door behind it.  It should be noted that Ida PHAM is a known marijuana cultivator from

Seattle, Washington who owns a hydroponic supply store in Spring, Texas.

On August 14, 2012, agents obtained a federal search warrant for the Lestergate residence. As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012. During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of five hundred and seventy five (575) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

Subsequent to her arrest, Trang Thi Kim TRUONG waived her Miranda Rights and agreed to speak with investigators. During the subsequent interview, Trang Thi Kim TRUONG admitted to growing marijuana inside the Lestergate residence.

6) **17410 Megan Springs Drive, Spring, Texas**

Between November 2011 and August 2012, surveillance showed Johnny NG and vehicles he is known to use come and go from the residence in patterns that indicate custody and control of the property. As previously stated in this affidavit, Johnny NG is a known associate of Hein LE, Gioi NGUYEN, Manh NGUYEN, Trung NGUYEN and others. Johnny NG has been observed by Officers meeting with Hein LE on numerous occasions since January 2012. As previously indicated, Hein LE is a known marijuana cultivator who was seen coming and going from a confirmed grow house in Spring, Texas where 342 live marijuana plants

were seized on January 27, 2012.  Additionally, a COSTCO membership card belonging to Johnny NG was found in Manh NGUYEN and Trung NGUYEN's possession on December 29, 2011 subsequent to their arrests in connection with the seizure of approximately 1600 live marijuana plants from two separate residences in Spring, Texas and Houston, Texas. Surveillance also showed that targets of this investigation routinely stayed inside the house for several hours at a time, but no one appeared to reside at this home.

On August 14, 2012, agents obtained a federal search warrant for the Megan Springs residence.  As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012.  During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of three hundred and twenty nine (329) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

### 7)  <u>3423 La Fleur Lane, Spring, Texas</u>

Between November 2011 and August 2012, surveillance showed Tien NGUYEN, Gioi NGUYEN and vehicles they are known to use come and go from the residence in patterns that indicate custody and control of the property. As previously indicated, Gioi NGUEYN is the operator of a suspected grow house located at 2507 Spring Lily Court in Houston, Texas, and a known associate of Johnny NG. As previously indicated, Johnny NG is a known associate of Hein LE, Manh NGUYEN, and Trung

NGUYEN, who are known marijuana cultivators and members of the DINH

DTO.  Surveillance also showed that targets of this investigation routinely

stayed inside the house for several hours at a time, but no one appeared

to reside at this home.

Investigation shows that the residence at 3423 La Fleur Lane is linked

to Manh NGUYEN, Trung NGUYEN, Hein LE, Gioi NGUYEN and Johnny

NG, as detailed in the proceeding paragraphs:

Utility records show that the subscriber for electrical service at this

residence listed (281) 912-8170 as the contact number for this account.

Investigation shows that this same phone number is listed as the contact

number for the subscriber of electrical services at 7115 Favian Court in

Houston, Texas and 2507 Spring Lily Court in Houston, Texas, which are

also suspected marijuana cultivation facilities run by this DTO.  Additional

records show that Johnny NG listed this telephone number on a prior

lease agreement as his contact number, and that Hein LE listed this

number on a prior lease agreement as an emergency contact.  As

previously indicated, Hein LE is a known marijuana cultivator who has

been implicated in the seizure of 342 marijuana plants on January 27,

2012 in Spring, TX.

Records show that the listed employer for the subscriber for services at

3423 La Fleur Lane is "BK Nail Salon".  Records also show that "BK Nail

Salon" is listed as the employer for the subscriber for utilities at 24006

Lestergate Drive in Spring, Texas, which is another residence suspected

of being used to cultivate marijuana by members of this DTO.  Further, the address of the Lafleur Lane residence, along with the addresses for two more suspected grow houses, two confirmed grow houses, a dismantled grow house and a suspected equipment stash house were found in Manh NGUYEN and Trung NGUYEN's possession subsequent to their arrest referenced above.

On August 14, 2012, agents obtained a federal search warrant for the Megan Springs residence.  As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012.  During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of three hundred and eighty seven (387) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

### 8)  6514 Hedgeton Ct., Spring, Texas

Between November 2011 and August 2012, surveillance showed a vehicle registered to Hein LE come and go from this residence. Additionally, a vehicle registered to and utilized by Gioi NGUYEN has also been seen at this residence during the course of this investigation.  As previously indicated, Hein LE is a known marijuana cultivator who was seen coming and going from a confirmed grow house in Spring, Texas where 342 live marijuana plants were seized on January 27, 2012.  Gioi NGUYEN has been identified as the operator of an additional marijuana grow house located at 2507 Spring Lily Court in Houston, Texas, and is a

known associate of Johnny NG.  Surveillance of this residence indicated that no one appeared to reside at this home.

Investigation has identified Thuy Bich PHAM as the subscriber for gas and electric service at this residence.  Subpoenaed utility records show that PHAM is the subscriber for gas and/or electric service at a total of nine (9) confirmed marijuana grow houses identified during the course of this investigation.  As previously indicated in this affidavit, a total of 3359 live marijuana plants were seized between January 5, 2012 and August 21, 2012 from the nine residences where Thuy PHAM was found to be the subscriber for gas and/or electric service.

On August 14, 2012, agents obtained a federal search warrant for the Hedgeton Court residence.  As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012.  During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of five hundred and thirty (530) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

9) **19802 Shavon Springs, Spring, Texas**

Between November 2011 and August 2012, surveillance showed a vehicle registered to Hein LE come and go from this residence.  As previously indicated, Hein LE is a known marijuana cultivator who was seen coming and going from a confirmed grow house in Spring, Texas where 342 live marijuana plants were seized on January 27, 2012.

Surveillance at this property between December 2011 and July 2012 indicates that no one resides in this home.

Investigation has identified Thuy Bich PHAM as the subscriber for gas and electric service at this residence. Subpoenaed utility records show that PHAM is the subscriber for gas and/or electric service at a total of nine (9) confirmed marijuana grow houses identified during the course of this investigation. As previously indicated in this affidavit, a total of 3359 live marijuana plants were seized between January 5, 2012 and August 21, 2012 from the nine residences where Thuy PHAM was found to be the subscriber for gas and/or electric service.

On August 14, 2012, agents obtained a federal search warrant for the Shavon Springs residence. As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012. During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of three hundred and fifty six (356) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

10) **8003 Vintage Creek Drive, Spring, Texas**

Between November 2011 and August 2012, surveillance showed a vehicle registered to Hung Quoc KIEU coming and going from this residence. During the course of this investigation, Hung KIEU has been identified as an associate of Dinh LE and Vinh LE. Dinh LE and Vinh LE are convicted marijuana cultivators from Washington who agents have

30

implicated in the seizure of 1038 marijuana plants from two separate residences on March 27, 2012 in Tomball and Spring, TX. Surveillance at this property between December 2011 and August 2012 indicated that no one resided in this home.

Investigation has identified Thuy Bich PHAM as the subscriber for gas and electric service at this residence. Subpoenaed utility records show that PHAM is the subscriber for gas and/or electric service at a total of nine (9) confirmed marijuana grow houses identified during the course of this investigation. As previously indicated in this affidavit, a total of 3359 live marijuana plants were seized between January 5, 2012 and August 21, 2012 from the nine residences where Thuy PHAM was found to be the subscriber for gas and/or electric service.

On August 14, 2012, agents obtained a federal search warrant for the Vintage Creek residence. As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012. During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of two hundred and ninety two (292) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

11) **11102 Maynard Place, Houston, Texas**

Between November 2011 and August 2012, surveillance showed Van Long TRAN, Timmy DANG and vehicles they are known to use come and go from the residence in patterns that indicate custody and control of the

property.  Timmy DANG and Van Long TRAN have been identified by CD1 as large scale indoor marijuana cultivators and members of the DINH DTO.  As previously stated, CD1 has been proven credible and reliable, and CD1's information has been substantially corroborated by Agents on numerous occasions.    Surveillance at this property between December 2011 and August 2012 indicated that no one resided in this home.

On August 14, 2012, agents obtained a federal search warrant for the Vintage Creek residence.  As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012.  During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of three hundred and forty one (341) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

### 12)  25255 Piney Heights Lane, Spring, Texas

Between November 2011 and August 2012, surveillance showed Thang DOAN and vehicles he is known to use come and go from the residence in patterns that indicate custody and control of the property. Thang DOAN has been identified by CD1 as large scale indoor marijuana cultivators and members of the DINH DTO.  As previously stated, CD1 has been proven credible and reliable, and CD1's information has been substantially corroborated by Agents on numerous occasions. Surveillance also showed that targets of this investigation routinely stayed

inside the house for several hours at a time, but no one appeared to reside at this home.

Additionally, records show that Tam NGUYEN is the lessee and subscriber for gas service at this residence, and that Tam NGUYEN's phone number for this account is listed as (713) 909-6157.  Records also show that this same phone number is listed as the contact number for "Ly Nguyen" for gas services at 31014 S Imperial Path in Spring, Texas, which is another residence confirmed to utilized by this DTO for the illicit cultivation of marijuana.

On August 14, 2012, agents obtained a federal search warrant for the Piney Heights residence.  As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012.  During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of four hundred and one (401) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

### 13) <u>25207 Dappled Filly Drive, Tomball, Texas</u>

In February 2012, surveillance repeatedly showed a vehicle driven by Thang DOAN arrive at the Dappled Filly residence.  Thang DOAN has been identified by CD1 as large scale indoor marijuana cultivators and members of the DINH DTO.  As previously stated, CD1 has been proven credible and reliable, and CD1's information has been substantially corroborated by Agents on numerous occasions.   Surveillance at this

property between December 2011 and August 2012 indicated that no one resided in this home.

On August 14, 2012, agents obtained a federal search warrant for the Dappled Filly residence. As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012. During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of two hundred and forty (240) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

14) **21107 Mandarin Glen Circle, Spring, Texas**

Between November 2011 and August 2012, surveillance showed Thiet NGUYEN and Thi NGO, who are known associates of Thang DOAN, come and go from the residence in patterns that indicate custody and control of the property. Agents and other law enforcement officers have also observed vehicles driven by Thang DOAN, Long DO and Long NGUYEN come and go from the residence on a regular basis. Thang DOAN has been identified by CD1 as large scale indoor marijuana cultivators and members of the DINH DTO. As previously stated, CD1 has been proven credible and reliable, and CD1's information has been substantially corroborated by Agents on numerous occasions. Surveillance also showed that targets of this investigation routinely stayed inside the house for several hours at a time, but no one appeared to reside at this home.

Since February 12, 2012 Agents have observed a gold Honda Odyssey, registered to Thang DOAN's residence at 9922 Valance Way, come and go from the residence at 21107 Mandarin Glen Circle.  Agents have also repeatedly observed Thiet NGUYEN and Thi NGO coming and going from the property.  Surveillance shows that Thiet NGUYEN and Thi NGO were the primary caretakers of two marijuana grow houses located at 21107 Mandarin Glen Circle in Spring, Texas and 24714 E Burnaby Circle in Spring, Texas.

On August 14, 2012, agents obtained a federal search warrant for the Mandarin Glen residence.  As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012.  During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of one hundred and sixty (160) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

### 15) <u>24714 E Burnaby Circle, Spring, Texas</u>

Between November 2011 and August 2012, surveillance showed Thiet NGUYEN and Thi NGO, who are known associates of Thang DOAN, come and go from the residence in patterns that indicate custody and control of the property.  Agents and other law enforcement officers have also observed vehicles driven by Thang DOAN, Long DO and Long NGUYEN come and go from the residence on a regular basis.  Thang DOAN has been identified by CD1 as large scale indoor marijuana

cultivators and members of the DINH DTO.  As previously stated, CD1 has been proven credible and reliable, and CD1's information has been substantially corroborated by Agents on numerous occasions. Surveillance also showed that targets of this investigation routinely stayed inside the house for several hours at a time, but no one appeared to reside at this home.

Since February 12, 2012 Agents have observed a gold Honda Odyssey, registered to Thang DOAN's residence at 9922 Valance Way, come and go from the residence at 21107 Mandarin Glen Circle.  Agents have also repeatedly observed Thiet NGUYEN and Thi NGO coming and going from the property.  Surveillance shows that Thiet NGUYEN and Thi NGO were the primary caretakers of two marijuana grow houses located at 21107 Mandarin Glen Circle in Spring, Texas and 24714 E Burnaby Circle in Spring, Texas.

Additionally, records show that "Tha Ngo" is the subscriber for electric service at this residence, and that Tha Ngo's phone number for this account is listed as (832) 288-7470.  Records also show that this same phone number is listed as the contact number for Thiet NGUYEN for electric services at 23019 Eastgate Village in Spring, Texas.

On August 14, 2012, agents obtained a federal search warrant for the E Burnaby residence.  As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012.  During the search agents and officers discovered a sophisticated

hydroponic marijuana grow operation consisting of five hundred and forty

six (546) live marijuana plants and viable root systems as well as all

necessary equipment to conduct the growing operation.

16) **10 Kittatinny Place, Spring, Texas**

Between November 2011 and August 2012, surveillance showed

Thang DOAN, Long DO, Long NGUYEN, Thiet NGUYEN, Thi NGO and

others come and go from the residence in patterns that indicate custody

and control of the property.  Surveillance also showed two vehicles driven

by Thang DOAN, Long DO, Long NGUYEN, Thiet NGUYEN and Thi NGO

come and go from the residence on a regular basis.  Thang DOAN has

been identified by CD1 as large scale indoor marijuana cultivators and

members of the DINH DTO.  As previously stated, CD1 has been proven

credible and reliable, and CD1's information has been substantially

corroborated by Agents on numerous occasions.   Surveillance also

showed that targets of this investigation routinely stayed inside the house

for several hours at a time, but no one appeared to reside at this home.

Investigation shows that Long NGUYEN and Long DO are associated

with other grow houses identified in this investigation to include, 66 W

Summer Storm Circle in The Woodlands, Texas, 31014 Imperial Path in

Spring, Texas and 19919 Redwick Court in Spring, Texas.  Investigation

further shows that Thiet NGUYEN and Thi NGO are the primary

caretakers two more marijuana grow houses located at 21107 Mandarin

Glen Circle in Spring, Texas and 24714 E Burnaby Circle in Spring, Texas.

On May 4, 2012 Long DO, Thiet NGUYEN and Thi NGO were observed leaving the residence located at 26 Camborn Place in Conroe, Texas. This residence had been identified by Agents as a suspected marijuana grow house in February 2012. On May 21, 2012 the owner of 26 Camborn Place contacted the Montgomery County Sheriff's Office to report damage to the interior of his residence. Upon the Deputies arrival, the homeowner expressed his belief that his previous tenant, Thuy PHAM, had used the residence to cultivate marijuana. During a search of the property, Montgomery County Sheriff's Deputies discovered that the interior of the residence had been modified to support an indoor marijuana grow operation, and concluded that the grow operation had been recently dismantled. The homeowner advised that he had leased the residence to Thuy PHAM in November 2010. As previously outlined in this affidavit, investigation has identified Thuy Bich PHAM as the subscriber for gas and electric service at this residence. Subpoenaed utility records show that Thuy PHAM is the subscriber for gas and/or electric service at a total of six (9) marijuana grow houses identified during the course of this investigation. As previously indicated in this affidavit, a total of 3359 live marijuana plants were seized between January 5, 2012 and August 21, 2012 from residences where Thuy PHAM was found to be the subscriber for gas and/or electric service.

Utility records show that Long DO is the subscriber for electricity at the Kittatinney residence.  On August 14, 2012, agents obtained a federal search warrant for the Kittatiney residence.  As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012.  During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of two hundred and nine (209) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

17) **8135 Edenwood, Spring, Texas**

Between November 2011 and August 2012, surveillance showed a vehicle utilized by Thang DOAN, Long DO, Long NGUYEN, Thiet NGUYEN and Thi NGO repeatedly come and go from the residence. Thang DOAN has been identified by CD1 as large scale indoor marijuana cultivators and members of the DINH DTO.  As previously stated, CD1 has been proven credible and reliable, and CD1's information has been substantially corroborated by Agents on numerous occasions. Surveillance also showed that targets of this investigation routinely stayed inside the house for several hours at a time, but no one appeared to reside at this home.

On August 14, 2012, agents obtained a federal search warrant for the Edenwood residence.  As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012.  During the search agents and officers discovered a sophisticated

39

hydroponic marijuana grow operation consisting of one hundred and ten (110) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

18) **19919 Redwick Ct., Spring, Texas**

Between November 2011 and August 2012, surveillance repeatedly showed Thang DOAN, Long DO, Long NGUYEN and vehicles they are known to use come and go from the residence in patterns that indicate custody and control of the property.  Agents and other law enforcement officers have also observed a vehicle utilized by Thang DOAN, Long DO, Long NGUYEN, Thiet NGUYEN and Thi NGO at the residence.  Thang DOAN has been identified by CD1 as large scale indoor marijuana cultivators and members of the DINH DTO.  As previously stated, CD1 has been proven credible and reliable, and CD1's information has been substantially corroborated by Agents on numerous occasions. Surveillance also showed that targets of this investigation routinely stayed inside the house for several hours at a time, but no one appeared to reside at this home.

On August 14, 2012, agents obtained a federal search warrant for the Redwick residence.  As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012.  During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of five hundred and ninety two (592)

live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

### 19) 7115 Favian Court, Houston, Texas

Between November 2011 and June 2012, surveillance showed Hein LE and vehicles she is known to use come and go from the residence in patterns that indicate custody and control of the property. As previously indicated, Hein LE is a known marijuana cultivator who was seen coming and going from a confirmed grow house in Spring, Texas where 342 live marijuana plants were seized on January 27, 2012. Surveillance at this property between December 2011 and August 2012 indicated that no one resided in this home.

Utility records show that the subscriber for electrical service at this residence listed (281) 912-8170 as the contact number for this account. Investigation shows that this same phone number is listed as the contact number for the subscriber of electrical services at 3423 La Fleur Lane in Spring, Texas and 2507 Spring Lily Court in Houston, Texas, which are confirmed marijuana cultivation facilities run by this DTO. Additional records show that Johnny NG listed this telephone number on a prior lease agreement as his contact number, and that Hein LE listed this number on a prior lease agreement as an emergency contact.

On August 14, 2012, agents obtained a federal search warrant for the Redwick residence. As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012. During

the search, no marijuana was present but agents and officers discovered an inactive, partially dismantled hydroponic grow operation.

20) **2507 Spring Lily Court, Houston, Texas**

Between November 2011 and August 2012, surveillance showed Gioi NGUYEN come and go from the residence in patterns that indicate custody and control of the property. Surveillance also showed that targets of this investigation routinely stayed inside the house for several hours at a time, but no one appeared to reside at this home.

On May 29, 2012 Agents followed Gioi NGUYEN from Derek NG's hydroponic supply store (SUNRISE GARDEN) to 2507 Spring Lily Court, driving Hein LE's vehicle. Upon arrival, Gioi NGUYEN pulled Hein LE's van directly into the garage, immediately closing the door behind him. After remaining inside the residence for approximately twenty minutes, Gioi NGUYEN drove directly back to SUNRISE GARDEN where he parked Hein LE's van in front of the establishment and entered the store.

Utility records show that the subscriber for electrical service at this residence listed (281) 912-8170 as the contact number for this account. Investigation shows that this same phone number is listed as the contact number for the subscriber of electrical services at 7115 Favian Court in Houston, Texas and 3423 La Fleur Lane in Spring, Texas, which are also suspected marijuana cultivation facilities run by this DTO. Additional records show that Johnny NG listed this telephone number on a prior lease agreement as his contact number, and that Hein LE listed this

number on a prior lease agreement as an emergency contact.  As previously indicated, Hein LE is a known marijuana cultivator who was seen coming and going from a confirmed grow house in Spring, Texas where  342 live marijuana plants were seized on January 27, 2012.

Utility records show that Gioi NGUYEN  is the subscriber for electricity at the Spring Lily residence.  On August 14, 2012, agents obtained a federal search warrant for the Spring Lily residence.  As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012.  During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of one hundred and forty eight (148) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

Subsequent to his arrest, Gioi NGUYEN waived his Miranda Rights and agreed to speak with investigators.  During the subsequent interview, Gioi NGUYEN admitted to growing marijuana inside the Spring Lily residence.

### 21)  10811 Rio Rancho Court, Houston, Texas

Between November 2011 and August 2012, surveillance showed Quy NGUYEN, Van Long TRAN, Thu Loan DINH, Nhan PHAM, Yen DO, Anh NGUYEN and vehicles they are known to use come and go from this residence in patterns that indicate custody and control.  Van Long NGUYEN, Thu Loan DINH and Yen DO have been identified by CD1 as

large scale indoor marijuana cultivators and members of the DINH DTO. As previously stated, CD1 has been proven credible and reliable, and CD1's information has been substantially corroborated by Agents on numerous occasions.    Surveillance also showed that targets of this investigation routinely stayed inside the house for several hours at a time, but no one appeared to reside at this home.

On June 25, 2012, Agents observed Thu Loan DINH, Van Long TRAN, Nhan PHAM, Yen DO and Anh NGUYEN at the residence.  During this surveillance, all of the aforementioned individuals were observed entering and exiting the house.   Upon Thu Loan DINH's arrival, Agents watched her retrieve a circuit breaker panel from the trunk of her car and bring it into the residence.  Shortly thereafter, Nhan PHAM was observed bringing two large coils of electrical cable into the house and moving several containers of liquid fertilizer from the back seat of Thu Loan DINH's vehicle into the trunk.

On August 14, 2012, agents obtained a federal search warrant for the Rio Rancho residence.  As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012.  During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of one hundred and sixty five (165) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

23) **735 Cypresswood Mill, Spring, Texas**

On August 3, 2012, surveillance showed a black Honda Accord registered to Thang DOAN's residence at 9922 Valance Way, Conroe, Texas arrive at the residence and pull directly into the garage. As previously mentioned in this affidavit, Thang DOAN has been identified by CD1 as a large scale, indoor marijuana cultivator in the Houston area and a member of the DINH DTO. Surveillance of this residence during August 2012 indicated that nobody resided in this house.

Utility records show that the listed employer for the subscriber for services at 735 Cypresswood Mill is "Hung Viet Recycling". Records also show that "Hung Viet Recycling" is listed as the employer for the subscriber for utilities at 25207 Dappled Filly Drive and 21927 Saragosa Pond Lane. It is important to note that the residence at 25207 Dappled Filly Drive is another residence used to cultivate marijuana by members of this DTO, and the residence located at 21927 Saragosa Pond Lane is a known meeting place utilized by members of this DTO.

Utility records further show that the subscriber for electrical service at the Cypresswood Mill residence listed (832) 955-7890 as the contact number for this account. Investigation shows that this same phone number is listed as the contact number for the subscriber for gas services at 2507 Spring Lily Court in Houston, TX, which is another marijuana cultivation facility run by members of this DTO.

On August 14, 2012, agents obtained a federal search warrant for the Cypresswood Mill residence. As indicated above, Agents and officers

subsequently executed the search warrant at the residence on August 21, 2012.  During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of four hundred and forty eight (448) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.  .

### 24) 24526 Forest Path Court, Spring, Texas

On August 8, 2012, surveillance showed Thu Loan DINH drive Van Long TRAN's van to a hydroponic supply store in Houston, Texas, where she collected what appeared to be approximately a dozen grow lamps, approximately a dozen power ballasts and several bales of potting soil. After the aforementioned equipment and materials were loaded into the van, surveillance showed Thu Loan DINH drive to the immediate vicinity of 24526 Forest Path Court in Spring, Texas, but agents were unable to pinpoint the exact address that she arrived at.  After remaining in the neighborhood for approximately half an hour, surveillance showed Van Long TRAN's van leaving the neighborhood.

On August 9, 2012, surveillance showed Van Long TRAN's van parked in the driveway of 24526 Forest Path Court.  Surveillance also showed a brown van registered to "Ly Nguyen" at 16414 Steubner Airline #703 in Spring, Texas parked in the driveway next to Van Long TRAN's van.  A short time later, surveillance showed Thu Loan DINH arrive at the residence driving her white Lexus sedan.  Upon arrival, Thu Loan DINH pulled her vehicle directly into the garage of the residence, immediately

shutting the door behind her.   It is important to note that 16414 Steubner Airline #703 is the known address of Tien NGUYEN who maintained the marijuana grow operation located at 3423 Lafleur Lane in Spring, Texas.

On August 14, 2012, agents obtained a federal search warrant for the Forest Path residence.  As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012.  During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of two hundred and twenty one (221) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.  Upon making entry to the residence, Agents also discovered Vinh LE inside this residence.

C) GROW HOUSES IN FORT BEND COUNTY, TEXAS:

1) <u>6330 Hidden Crest Way, Sugarland, Texas</u>

Between November 2011 and August 2012, surveillance repeatedly showed Yen DO, Nhan PHAM and vehicles they are known to use come and go from the residence in patterns that indicate custody and control of the property.  Surveillance also showed that targets of this investigation routinely stayed inside the house for several hours at a time, but no one appeared to reside at this home.

Utility records show that Yen DO is the subscriber for electricity at this residence.  Yen DO has been identified by CD1 as a large scale indoor marijuana cultivator and member of the DINH DTO.  As previously

stated, CD1 has been proven credible and reliable, and CD1's information has been substantially corroborated by Agents on numerous occasions. As previously indicated in this affidavit, Yen DO has been observed coming and going from several other confirmed marijuana grow houses associated with this DTO on numerous occasions.

On August 14, 2012, agents obtained a federal search warrant for the Hidden Crest residence. As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012. During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of four hundred and thirty four (434) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation. .

2) **2603 Lake Springs Court, Richmond, Texas**

Between November 2011 and August 2012, surveillance showed Van Long TRAN, Quy NGUYEN, Thu Loan DINH and vehicles they are known to use come and go from the residence in patterns that indicate custody and control of the property. Van Long TRAN and Thu Loan DINH have been identified by CD1 as large scale indoor marijuana cultivators and members of the DINH DTO. As previously stated, CD1 has been proven credible and reliable, and CD1's information has been substantially corroborated by Agents on numerous occasions. Surveillance also showed that targets of this investigation routinely stayed inside the house for several hours at a time, but no one appeared to reside at this home.

Records show that "Than Nguyen" is the subscriber for service at this residence, and that Than Nguyen's phone number for this account is listed as (832) 287-5155. Records also show that this same phone number was listed as the contact number for "Andy Pham" for gas services at 17311 Atherington Place in Spring, Texas, which is another residence suspected of being utilized by this DTO for the illicit cultivation of marijuana, that has since been dismantled. Further records indicate that the mailing address for the Atherington Place utilities was listed as 3 Tartan Court in Conroe, Texas. The residence located at 3 Tartan Court in Conroe, Texas was discovered to be an active indoor marijuana growing operation consisting of 556 live marijuana plants searched by law enforcement on November 15, 2011.

Utility records further show that the subscriber for gas service at the Lake Springs residence was also the subscriber for gas services at 3127 Aspen Hollow in Sugarland, Texas, which was a confirmed marijuana grow operation discovered by local law enforcement on April 20, 2012. Further records show that the phone number utilized to activate gas service at the Aspen Hollow residence matched the phone numbers utilized to activate gas service at 2611 Avalon Cove in Pearland, Texas, which was discovered to be an active marijuana grow operation consisting of 244 live marijuana plants searched by law enforcement on January 25, 2012.

On August 14, 2012, agents obtained a federal search warrant for the Lake Springs residence.  As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012.  During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of six hundred and seventy five (675) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

### 3) **4210 Clearwater Court, Missouri City, Texas**

Between November 2011 and August 2012, surveillance showed Quy NGUYEN, Van Long TRAN and vehicles they are known to use come and go from the residence in patterns that indicate custody and control of the property.  During the course of this investigation, Quy NGUYEN has been observed routinely coming and going from several other marijuana grow houses operated by this DTO.  Surveillance also showed that targets of this investigation routinely stayed inside the house for several hours at a time, but no one appeared to reside at this home.

On August 14, 2012, agents obtained a federal search warrant for the Clearwater residence.  As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012.  During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of one hundred and ninety one (191) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

4) **1839 Cambria Lane, Sugar Land, Texas**

Between November 2011 and August 2012, surveillance showed Van Long NGUYEN, Quy NGUYEN and vehicles they are known to use come and go from the residence in patterns that indicate custody and control of the property.  Van Long NGUYEN has been identified by CD1 as a large scale indoor marijuana cultivator and member of the DINH DTO.  As previously stated, CD1 has been proven credible and reliable, and CD1's information has been substantially corroborated by Agents on numerous occasions.   During the course of this investigation, Quy NGUYEN and Long Van TRAN have been observed routinely coming and going from several other marijuana grow houses operated by this DTO.  Surveillance also showed that targets of this investigation routinely stayed inside the house for several hours at a time, but no one appeared to reside at this home.

On August 14, 2012, agents obtained a federal search warrant for the Lake Springs residence.  As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012.  During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of three hundred and eighty nine (389) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

51

5) **5722 Buffalo Gap Lane, Missouri City, Texas**

Between November 2011 and August 2012, surveillance showed Quy NGUYEN's vehicle and others come and go from this residence. During the course of this investigation, Quy NGUYEN has been observed routinely coming and going from several other suspected marijuana grow houses operated by this DTO. Surveillance at this property between February 2012 and August 2012 indicated that no one resided in this home.

On March 12, 2012 a vehicle rented to Henry HUYNH was observed parked in the driveway of the Buffalo Gap residence. Investigation reveals that Henry HUYNH listed the address at 12235 Dashwood Drive in Houston as his residence to obtain his Texas driver's license in November 2011. It should be noted that Agents observed a vehicle registered to Henry HUYNH's address parked in the driveway of Quy NGUYEN's former residence while he lived there.

On August 14, 2012, agents obtained a federal search warrant for the Buffalo Gap residence. As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012. During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of one hundred and ninety six (196) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

6) **6503 Canyon Pointe Lane, Richmond, Texas**

Between November 2011 and August 2012, surveillance showed Quy NGUYEN come and go from the residence. During the course of this investigation, Quy NGUYEN has been observed routinely coming and going from several other suspected marijuana grow houses operated by this DTO. Surveillance at this property between February 2012 and August 2012 indicates that no one resides in this home.

On August 14, 2012, agents obtained a federal search warrant for the Lake Springs residence. As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012. During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of two hundred and twenty one (221) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation

7) **3806 S Caulder Way, Missouri City, Texas**

Between November 2011 and August 2012, surveillance showed Quy NGUYEN's vehicle and others come and go from the residence. During the course of this investigation, Quy NGUYEN has been observed routinely coming and going from several other suspected marijuana grow houses operated by this DTO. Surveillance at this property between February 2012 and July 2012 indicates that no one resides in this home.

Subpoenaed utility records show that there is no gas service at this residence. I know from experience and conversations with others

knowledgeable of construction in the Houston area, that residences in this region are predominantly equipped with water heaters and furnaces that run on natural gas.  Therefore, Affiant asserts that the lack of gas service at this residence further shows that no one resides there.

Surveillance as recent as July 31, 2012 shows that the physical characteristics indicative of indoor cultivation facilities outlined in paragraph 20A above remain present at this residence.

Utility records show that "Do Nguyen" is the subscriber for electricity at this residence.  On August 14, 2012, agents obtained a federal search warrant for the Lake Springs residence.  As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012.  During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of three hundred and seventy four (374) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

8) **6007 Brunson Grove Drive, Katy, Texas**

Between November 2011 and August 2012, surveillance showed Van Long TRAN, Thu Loan DINH, Yen DO, Nhan PHAM and vehicles they are known to use come and go from the residence in patterns that indicate custody and control of the property.  Van Long TRAN, Thu Loan DINH and Yen DO have been identified by CD1 as large scale indoor marijuana cultivators and members of the DINH DTO.  As previously stated, CD1

has been proven credible and reliable, and CD1's information has been substantially corroborated by Agents on numerous occasions.   During the course of this investigation, Quy NGUYEN, Van Long TRAN, Thu Loan DINH, UM1, Yen DO and Nhan PHAM have been observed routinely coming and going from several other suspected marijuana grow houses operated by this DTO.  Surveillance also showed that targets of this investigation routinely stayed inside the house for several hours at a time, but no one appeared to reside at this home.

On June 20, 2012 Agents observed Van Long NGUYEN, Thu Loan DINH, Nhan PHAM, and Yen DO at the residence.  During the surveillance, all of the aforementioned individuals were observed walking in and around the residence.

Records show that Anh NGUYEN is the subscriber for service at this residence, and that Anh NGUYEN's listed phone number for this account is (281) 673-7745.  Records also show that this same phone number was listed as the contact number for "Linda NGO" for electrical service at 6335 Virginia Fields Drive in Katy, Texas, which is another residence confirmed to be utilized by this DTO for the illicit cultivation of marijuana.  Anh NGUYEN has also been observed at 10811 Rio Rancho Court in Houston, Texas and 16818 Flower Mist Drive in Houston, Texas which are additional suspected marijuana grow houses run by this DTO.

As previously mentioned, utility records show that Anh NGUYEN is the subscriber for electricity at the Brunson Grove residence.  On August 14,

2012, agents obtained a federal search warrant for the Lake Springs residence. As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012. During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of six hundred and three hundred and eighty two (382) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

9)  **6335 Virginia Fields Drive, Katy, Texas**

Between November 2011 and August 2012, surveillance showed Quy NGUYEN, Van Long TRAN, Yen DO and vehicles they are known to use come and go from this residence. Van Long TRAN and Yen DO have been identified by CD1 as large scale indoor marijuana cultivators and members of the DINH DTO. As previously stated, CD1 has been proven credible and reliable, and CD1's information has been substantially corroborated by Agents on numerous occasions. During the course of this investigation, Quy NGUYEN has been observed routinely coming and going from several other suspected marijuana grow houses operated by this DTO. Surveillance also showed that targets of this investigation routinely stayed inside the house for several hours at a time, but no one appeared to reside at this home.

Records show that "Linda Ngo" is the subscriber for service at this residence, and that Ngo's listed phone number for this account is (281) 673-7745. Records also show that this same phone number was listed as

the contact number for Anh NGUYEN for electrical service at 6007 Brunson Grove Drive in Katy, Texas, which is another residence suspected of being utilized by this DTO for the illicit cultivation of marijuana. Anh NGUYEN has also been observed at 10811 Rio Rancho Court in Houston, Texas and 16818 Flower Mist Drive in Houston, Texas which are additional suspected marijuana grow houses run by this DTO.

On August 14, 2012, agents obtained a federal search warrant for the Virginia Fields residence. As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012. During the search agents and officers discovered a sophisticated hydroponic marijuana grow operation consisting of two hundred and sixteen (216) live marijuana plants and viable root systems as well as all necessary equipment to conduct the growing operation.

D) RESIDENCES/"STASH HOUSES":

1) <u>17010 Midnight Sun, Richmond, Texas</u>

Investigation reveals that this property is Yen DO and Nhan PHAM's residence. Agents and other law enforcement officers have observed Yen DO, Nhan PHAM and others come and go from the residence in patterns that indicate custody and control, and have observed vehicles utilized by DO and PHAM parked in the driveway during hours that indicate they live there.

Surveillance of this residence shows that this property serves as a location where Yen DO, Nhan PHAM, Anh NGUYEN, Quy NGUYEN, Van

Long TRAN and other members of the DTO routinely meet directly before and immediately after visiting marijuana cultivation facilities.  Agents therefore believe that the aforementioned documents and other evidence, such as tools and hydroponic growing supplies, will be present inside the residence and vehicles located at 17010 Midnight Sun in Richmond, Texas.

On August 14, 2012, agents obtained a federal search warrant for the Midnight Sun residence.  As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012.  During the search agents and officers discovered a quantity of hydroponic growing equipment.

    2)  **9404 West Road #1036, Houston, Texas**

Investigation reveals that this property is Van Long TRAN's residence. Agents and other law enforcement officers have observed Van Long TRAN and Thu Loan DINH come and go from this apartment in patterns that indicate custody and control, and have observed vehicles utilized by Long LNU parked outside the apartment building during hours that indicate he lives there.

Surveillance of this apartment shows that this property serves as a location where Van Long NGUYEN routinely responds directly before and immediately after visiting the suspected marijuana cultivation facilities. Agents therefore believe that the aforementioned documents and other evidence, such as tools and hydroponic growing supplies, will be present

inside the residence and vehicles located at 9404 West Road #1036 in Houston, Texas.

On August 14, 2012, agents obtained a federal search warrant for the West Road Apartment. As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012. During the search agents and officers discovered a quantity of harvested marijuana and a substantial amount of U.S. currency.

### 3)  7226 Brookville Lane, Houston, Texas

Investigation reveals that this property is Khac Hung DINH's residence, and the primary location where members of the DTO meet directly before and immediately after visiting the suspected marijuana cultivation facilities. Agents and other law enforcement officers have observed Khac Hung DINH, Thu Loan DINH, Quy NGUYEN, Van Long TRAN and others come and go from the residence in patterns that indicate custody and control, and have observed vehicles utilized by UM1 parked in the garage and in the driveway during hours that indicate he lives there.

On August 14, 2012, agents obtained a federal search warrant for the Brookville residence. As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012. During the search agents and officers discovered a quantity of harvested marijuana, two money counters and a quantity of U.S. currency.

4) **2920 Shadowbriar Drive, Apt 627, Houston, TX**

Investigation reveals that this property is Thu Loan DINH's residence. Agents and other law enforcement officers have observed Thu Loan DINH and Van Long TRAN come and go from this apartment in patterns that indicate custody and control, and have observed vehicles utilized by Thu Lan DINH parked outside the apartment building during hours that indicate she lives there.

Surveillance of this apartment shows that this property serves as a location where Van Long TRAN and Thu Loan DINH routinely respond directly before and immediately after visiting the suspected marijuana cultivation facilities. Agents therefore believe that the aforementioned documents and other evidence, such as tools and hydroponic growing supplies, will be present inside the residence and vehicles located at 2920 Shadowbriar Drive #627 in Houston, Texas.

On August 14, 2012, agents obtained a federal search warrant for the Brookville residence. As indicated above, Agents and officers subsequently executed the search warrant at the residence on August 21, 2012. During the search agents and officers discovered a quantity of harvested marijuana, one firearm and a quantity of U.S. currency.

## CONCLUSION

9.  Based on the facts and circumstances set forth above, your affiant asserts that the aforementioned properties and residences were used by Thu Loan DINH, Timmy DANG, Hong Nhut DANG, Van Long TRAN, Yen Thi DO, Gioi The

NGUYEN, Huu Trong VU, Quy Ngoc NGUYEN, Vinh Cong LE, Anh Quang

NGUYEN, Khac Hung DINH, Thiet Van NGUYEN, Thi NGO, Long NGUYEN,

Long DO, Thang Van DOAN, Trang Thi Kim TRUONG, Tien Van NGUYEN, Tam

NGUYEN, Dinh LE, and others in furtherance of the commission of the offenses

enumerated in Title 21, U.S.C. § 841 and 846.


Darren Butler, Special Agent
Drug Enforcement Administration

SUBSCRIBED AND SWORN TO before me this ___22nd___ day of August,
2012, and I find probable cause.


UNITED STATES MAGISTRATE JUDGE

61